# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| JOHNNY DICKERSON AND GEORGIA DICKERSON § § § v. § § BANK OF AMERICA, N.A. § | Case No. 2:14-CV-513-JRG-RSP |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Currently before the Court is the Report and Recommendation filed by Magistrate Judge Payne on March 11, 2015 (Dkt. No. 20) regarding Bank of America N.A.'s ("Bank of America") Motion Dismiss Amended Complaint (Dkt. No. 12, "Motion to Dismiss"). No objections having been filed and for the reasons set forth in the Court's Report and Recommendation, the Recommendation is adopted. Accordingly,

IT IS **ORDERED** that Bank of America's Motion to Dismiss is **DENIED**.

**So ORDERED and SIGNED this 29th day of March, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE